UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY S. GONZALEZ, | No.  2:13-cv-1347-KJM-EFB P |
| Petitioner, | |
| v. | ORDER |
| CONNIE GIPSON, | |
| Respondent. | |

Petitioner is a state prisoner proceeding without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On October 29, 2013, the court accepted petitioner's amended petition for filing and directed the Clerk of the Court to serve a copy of the amended petition on respondent. ECF No. 11.  After several extensions of time, respondent filed an answer.  ECF No. 25.  The answer is responsive to all of petitioner's claims for relief, as raised in both the original and amended petitions.  *See* ECF No. 25.  The answer also notes that although petitioner purported to include "additional pages" supporting his fourth claim for relief, respondent was unable to locate such pages in the record.  *Id.* at 34.  In response, petitioner filed a document stating that "the petition which was answered is erroneous, because the amended petition was properly filed with the court."  ECF No. 27.  He believes there has been some form of "clerical error" or "oversight" and seeks leave to amend the petition.  *Id.*

/////

1

1    Petitioner's request to further amend his petition in light of respondent's assertion that he
2  did not provide supporting documents as represented, is denied.  If petitioner believes that
3  respondent overlooked the "additional pages" he attached to support his fourth claim for relief, he
4  may argue this point in his traverse.  Alternatively, in the event that those pages were
5  inadvertently omitted from either of the petitions, petitioner may file a traverse that includes the
6  "additional pages."  Respondent has properly responded to all claims raised by petitioner in this
7  action.  Petitioner's motion to amend is denied as unnecessary.
8    Accordingly, IT IS HEREBY ORDERED that petitioner's motion to amend (ECF No. 27)
9  is denied.
10 DATED:  May 22, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE