UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY S. GONZALEZ,<br><br>    Petitioner,<br><br>  v.<br><br>CONNIE GIPSON,<br><br>    Respondent. | No. 2:13-cv-1347-KJM-EFB P<br><br><br>ORDER |

  Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner has requested a second extension of time to file his traverse.

  Good cause appearing, it is ORDERED that:

  1. Petitioner's request (ECF No. 31) is granted and he has 60 days from the date this order is served to file his traverse;

  2. Petitioner's request to exceed the twenty-five page limit (ECF No. 32) is denied as unnecessary, as the court does not impose such a limit; and

  3. The Clerk is directed to terminate docket entries 31 & 32.

DATED: July 31, 2014.

                _____
                EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE